IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK FORBA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 15-1722 |
| THOMAS JEFFERSON UNIVERSITY | : | |
| HOSPITAL | : | |

## ORDER

**AND NOW**, this 8th day of July 2016, upon consideration of Defendant's Motion to enforce a settlement agreement reached before Judge Heffley on March 8, 2016 (ECF Doc. No. 22), Plaintiff's opposition (ECF Doc. No. 24), and after two evidentiary hearings, it is **ORDERED** Defendant's motion (ECF Doc. No. 22) is **GRANTED**. The settlement agreement admitted as Exhibit 2 at the July 7, 2016 hearing is immediately enforceable.

The Clerk of Court shall **close** this case for administrative purposes.[1]

_____
KEARNEY, J.

---

[1] We retain jurisdiction for ninety (90) days to enforce the settlement agreement.